EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2015 TSPR 35 |
|---|---|
| Melba Lajara Martínez | 192 DPR ____ |

Número del Caso: TS-9376


Fecha: 9 de abril de 2015


Abogado de la Parte Peticionaria:

      Por derecho Propio



Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                    TS-9376

Melba Lajara Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de abril de 2015.

Examinada la *Moción para Solicitar la Reinstalación a la Práctica de la Profesión de Abogacía y Notaría* presentada por la Sra. Melba Lajara Martínez, se reinstala al ejercicio de la abogacía.

En cuanto al ejercicio de la notaría, la señora Lajara Martínez deberá hacer los trámites pertinentes para activarla y ejercerla.

Notifíquese inmediatamente por teléfono y vía fax.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo